UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LEE YOCHEM,<br><br>     Plaintiff,<br> v.<br>PAULSON, et al.,<br><br>     Defendants. | No. CV 16-9070 AB (FFM)<br><br>JUDGMENT |

  Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

  IT IS ADJUDGED that plaintiff take nothing by his Complaint and that this action is dismissed without prejudice.

DATED: 6/20/17

                  ANDRE BIROTTE JR.
                United States District Judge